UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Brian A. and Dena M. Bunch, | :    Chapter 13 |
| | : |
|    Debtors. | :    Bankruptcy No. 17-13458-jkf |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses together with said Application dated September 13, 2017 was served via electronic means or first class United States mail, postage prepaid, on September 13, 2017   the following:

Mr. and Mrs. Brian Bunch
219 Brentwood Road
Fairless Hills, PA   19030

Office of the United States Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 40119
Philadelphia, PA 19106

I hereby certify that a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses dated September 13, 2017 was served via electronic means or via first class United States mail, postage prepaid, on September 13, 2017 to the creditors listed on the matrix.

 /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
PATRICIA M. MAYER, P.C.
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300
Counsel for Debtors