UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Brian A. and Dena M. Bunch,              :       Chapter 13
                                                    :
    Debtors.                                 :       Bankruptcy No. 17-13458-mdc

## ORDER

**AND NOW**, this  17th  day of  November , 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtors, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $3,500.00, of which $1,750.00 has been paid, and reimbursement of $105.01 in actual, necessary expenses are approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $1,855.01 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

_Magdeline D. Coleman_
Magdeline D. Coleman, Judge
United States Bankruptcy Court