United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13458-mdc |
| Brian A. Bunch | Chapter 13 |
| Dena M. Bunch | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian A. Bunch, Dena M. Bunch, 219 Brentwood Road, Fairless Hills, PA 19030-2505 |
| 13951970 | | Bank of America, N.A., c/o Thomas Song, Esquire, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Phila., PA 19103 |
| 13919387 | | Ditech Bankruptcy Department, PO Box 6154, Rapid City, SD 57709-6154 |
| 13919388 | + | M&T/AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 13937639 | | Navient Solutions, LLC on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13982989 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13919375 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 23:44:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 13919376 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:29 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 13952846 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:19 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13992034 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2022 23:44:00 | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785 |
| 13919378 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2022 23:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13919377 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2022 23:44:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 13919379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:52:55 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13919380 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:19 | Capital One , N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13919383 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 23:52:51 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 13919382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:04:10 | Citicards CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13919384 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 23:44:00 | Citizens Bank/AES, PO Box 61047, Harrisburg, PA 17106-1047 |

Case 17-13458-mdc    Doc 49    Filed 07/22/22    Entered 07/23/22 00:28:00    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13919385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 13919386 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 13919389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:46 | Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 13982372 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13924479 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14085445 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2022 23:44:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13919381 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2022 23:42:19 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 14043875 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:30 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13970021 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:42:42 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13975974 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 23:44:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13919390 | | Email/PDF: pa_dc_claims@navient.com | Jul 20 2022 23:42:29 | Navient, Attn: Correspondence, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 13935308 | + | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13981044 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:42:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13920444 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 20 2022 23:42:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13947002 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13919391 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:59 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 13919392 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:51 | Sofi Lending Corp.c/o Resurgent, Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 14557061 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 20 2022 23:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14687735 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 20 2022 23:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 13919393 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:41 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 13919394 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:50 | Syncb/Dick's, PO Box 965005, Orlando, FL 32896-5005 |
| 13919395 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:53:01 | Syncb/Kohls, PO Box 965005, Orlando, FL 32896-5005 |
| 13919396 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:30 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 13919397 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:50 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |

Case 17-13458-mdc  Doc 49  Filed 07/22/22  Entered 07/23/22 00:28:00  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 46 |

| 13981434 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13919398 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 20 2022 23:44:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 13970643 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 20 2022 23:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13956538 | * | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14088846 | *+ | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14088847 | *+ | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOWARD GERSHMAN | on behalf of Joint Debtor Dena M. Bunch hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Debtor Brian A. Bunch hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Brian A. Bunch and Dena M. Bunch

        Debtor(s)　　　　　　　　　　　　　　　　Case No: 17−13458−mdc

        　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

              900 Market Street
                 Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/20/22